STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 14 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN CHU, <br><br> Defendant. | CASE NO. 3:22-mj-70037 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 14, 2022, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    ☐     Indictment

    ☐     Information

    ☐     Criminal Complaint

    ☑     Other (describe) – United States District Court Violation Notices pending in the District of Nevada.

    In that case (copy of Violation Notices attached), the defendant is charged with a violating 43 CFR § 8365.1-3(a) and 43 CFR § 8365.1-6(2.4)(b).

Description of Charges: Defendant is charged with driving with a suspended license and exceeding the posted speed limit while driving in the Red Rock Canyon National Conservation Area in Las Vegas, Nevada.

The maximum penalties are as follows: A fine not to exceed $1,000 and/or imprisonment not to exceed 12 months (43 C.F.R. § 8360.0-7).

DATED: 1/14/2022                                                         Respectfully Submitted,

STEPHANIE M. HINDS
UNITED STATES ATTORNEY

/s/ *Marja-Liisa Overbeck*
MARJA-LIISA Overbeck
Assistant United States Attorney



# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEVADA

| United States of America | ) | Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|---|---|
| v. | ) | N17L | 4273060 | 03/11/2014 |
| | ) | | 4273061 | |
| CHU, ALAN | ) | Offense(s) | | Amount Due |
| 336 BON AIR CENTER APT 30 | ) | SPEED 59 IN A 50 | | $125.00 |
| | ) | Suspended License | | $525.00 |
| GREENBRAE, CA 94904 | ) | | | |
| Defendant | ) | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

**Failure to either pay citations as defendant represented he would or appear for court hearings on 5/6/14, 6/10/14, 10/28/14, 12/2/14.**

Date and time issued: __1/29/2015__        _____
                                                                    *Judge's signature*
                                                HON. CARL W HOFFMAN

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | | |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | | |

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____

# United States District Court Violation Notice

CVB Location Code: **N17L**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4273060 | PARR | 150 |

4273060

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 03/11/14 1850
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR §8365.1-3 (a)

Place of Offense: RED ROCK NCA - SR 159 MM 7

Offense Description: Factual Basis for Charge — HAZMAT ☐
SPEED 54/50
ACTUAL 69/50    NRS 483.560 or ©

### DEFENDANT INFORMATION
Phone: (415) 625-3369
Last Name: CHU
First Name: ALAN
M.I.: —
Street Address: 336 BON AIR CENTER APT 3D
City: GREENBRAE   State: CA   Zip: 94904
Date of Birth: 03/16/57
Driver's License No.: N3855759   CDL ☐   D.L. State: CA
Social Security No.: 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
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BLK   Eyes: BRN   Height: 5'02"   Weight: 150

### VEHICLE   VIN: _____   CMV ☐
Tag No.: 4VUF051   State: CA   Year: 97   Make/Model: BMW/2D   PASS ☐   Color: BLK

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100.00  Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 125.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: /\/
Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Alan Chu*

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MARCH 11**, 20 **14** while exercising my duties as a law enforcement officer in the **STATE AND** District of **NEVADA**

While patrolling public land within Red Rock Canyon NCA on SR 159 MM7 I observed a vehicle (a black BMW 2D bearing CA 4VUF051) that appeared to be traveling above the posted speed limit of 50mph. The radar device in my patrol vehicle (which was checked prior to and after this stop and found to be in proper working order) confirmed that the vehicle was traveling at 69mph. My investigation revealed that the driver, Alan Chu, was also operating with a suspended driver's license. He was cited for speed and driving while license suspended. He was given a reduced speed/fine of 59/50 and a licensed driver was called to drive the vehicle.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/12/14   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court Violation Notice

| Field | Value |
|---|---|
| Violation Number | 4273061 |
| Officer Name (Print) | PARR |
| Officer No. | 150 |
| CVB Location Code | NV7L |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense: 03/11/14 1850
- Offense Charged: 43 CFR §365.1-6(2.4)(b) [CFR checked]
- Place of Offense: Red Rock NCA - SR 159 MM7
- Offense Description / Factual Basis for Charge: Drove While License Suspended or Revoked — NRS 483.560-1
- HAZMAT: ☐

**DEFENDANT INFORMATION**

- Phone: (415) 625-3369
- Last Name: CHU
- First Name: ALAN
- Street Address: 336 Bon Air Center Apt 30
- City: Greenbrae
- State: CA
- Zip Code: 94904
- Date of Birth: 03/16/57
- Drivers License No.: N3855759
- D.L. State: CA
- Social Security No.: 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
- Adult ☒ / Juvenile ☐
- Sex: ☒ Male / ☐ Female
- Hair: BLK
- Eyes: BRN
- Height: 507
- Weight: 150

**VEHICLE**

- Tag No.: 4VUF051
- State: CA
- Year: 97
- Make/Model: BMW 2D
- PASS: ☐
- Color: BLK
- CMV: ☐

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- Forfeiture Amount: $500.00
- + $25 Processing Fee
- Total Collateral Due: $525.00

X Defendant Signature: /s/ Alan Chu

(Rev. 01/2011) — Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 11, 2014** while exercising my duties as a law enforcement officer in the **State and** District of **Nevada**.

While patrolling public land within Red Rock Canyon NCA on SR 159 MM7 I observed a vehicle (a black BMW 2D bearing CA 4VUF051) that appeared to be traveling above the posted speed limit of 50mph. The radar device in my patrol vehicle (which was checked prior to and after this stop and found to be in proper working order) confirmed that the vehicle was traveling at 69mph. My investigation revealed that the driver, Alan Chu, was also operating with a suspended driver's license. He was cited for speed and driving while license suspended. He was given a reduced speed/fine of 59/50 and a licensed driver was called to drive the vehicle.

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/12/14 — Officer's Signature: /s/

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident