UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALAN CHU,<br><br>        Defendant. | Case No.  3:22-mj-70037-MAG   (SK)<br><br>**ORDER REGARDING DISMISSAL AND FOR RELEASE FROM US MARSHAL CUSTODY** |

The Court has been notified that the US Attorney's Office in the District of Nevada has dismissed the petty offense violations against the Defendant. A copy of the dismissal is attached to this order as Exhibit A.  Accordingly, the Clerk is directed to close the file in this district.

It is further ORDERED that the Defendant be released from US Marshal custody forthwith.

**IT IS SO ORDERED**.

Dated: January 18, 2022



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

EXHIBIT A

1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

6   UNITED STATES OF AMERICA,                    Case No.  4273060-61/N17L

7              Plaintiff,                         <u>ORDER FOR DISMISSAL</u>

8   ALAN CHU,

9              Defendant.

10

11

12          Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by

13   leave of Court endorsed hereon, the United States for the District of Nevada hereby

     dismisses with prejudice citation(s) 4273060 and 4273061issued to ALAN CHU and quash

14   any associated warrant.

15          DATED this  18th day of January, 2022.

16                                   CHRISTOPHER CHIOU
17                                   Acting United States Attorney

18                                   /s/ Stephanie Ihler

19                                   STEPHANIE IHLER
                                     Assistant United States Attorney
20
     Leave of Court is granted for the filing of the foregoing dismissal.
21
            DATED this _____18th_____ day of January, 2022.
22

23
                                     _____
                                     UNITED STATES MAGISTRATE JUDGE
24                                    DANIEL J. ALBREGTS